FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 24 1998

JAMES W. McCORMACK, CLERK
By: _____
DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES COOPER, JR.                                           PETITIONER

vs.                    NO. PB-C-98-244

LARRY NORRIS, Director,                                     RESPONDENT
Arkansas Department of Correction

ORDER

Petitioner has filed a petition for a writ of habeas corpus.

The respondent will answer the petition within twenty (20) days after service of the petition, exclusive of the day of service.

SO ORDERED this _24th_ day of _June_, 1998.

_____
United States Magistrate Judge

THIS DOCUMENT ENTERED ON DOCKET SHEET IN
COMPLIANCE WITH RULE 58 AND/OR 79(a) FRCP
ON _6-24-98_ BY _____

AO 72A
(Rev.8/82)

```
                    ⌒   F I L E   C O P Y   ⌒
                                                                    bm
                    UNITED STATES DISTRICT COURT
                       Eastern District of Arkansas
                      U.S. Post Office & Court House
                         600 West Capitol, Suite 402
                      Little Rock, Arkansas 72201-3325


                              June 24, 1998



                  * *  MAILING CERTIFICATE OF CLERK  * *


Re:   5:98-cv-00244.


True and correct copies of the attached were mailed by the clerk to the
following:

      John L. Kearney, Esq.
      Kearney Law Offices
      100 Pine Street, Suite A
      Post Office Box 8276
      Pine Bluff, AR  71611-8276



                                          James W. McCormack, Clerk

Date:  ___6/24/98___                      BY: _____/s/_____
```