FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 30 1999

JAMES W. McCORMACK, CLERK
By: _____
DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES COOPER, JR.                                              PETITIONER
ADC # 106249

vs.                    NO: PB-C-98-244

LARRY NORRIS, Director,                                        RESPONDENT
Arkansas Department of Correction

ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge John F. Forster, Jr. There have been no objections. Therefore, after careful review of those findings and recommendations, reviewed <u>de novo</u>, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, judgment will be entered dismissing this petition for writ of habeas corpus with prejudice.

IT IS SO ORDERED this 30TH day of March, 1999.

_____
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON DOCKET SHEET IN
COMPLIANCE WITH RULE 58 AND/OR 79(a) FRCP
ON 3-31-99 BY _____

AO 72A
(Rev.8/82)

bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Post Office & Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

March 31, 1999

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:   5:98-cv-00244.

True and correct copies of the attached were mailed by the clerk to the following:

    Todd Lister Newton, Esq.
    Arkansas Attorney General's Office
    Catlett-Prien Tower Building
    323 Center Street
    Suite 200
    Little Rock, AR   72201-2610

    John L. Kearney, Esq.
    Kearney Law Offices
    100 Pine Street, Suite A
    Post Office Box 8276
    Pine Bluff, AR   71611-8276

    cc: press
        post
        Judge Forster/Cecelia

James W. McCormack, Clerk

Date:  3/31/99          BY: _____