FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 3 0 1999

JAMES W. McCORMACK, CLERK
By: *[signature]*
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES COOPER, JR.                                         PETITIONER
ADC # 106249

vs.                       NO: PB-C-98-244

LARRY NORRIS, Director,                                   RESPONDENT
Arkansas Department of Correction

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that this case be, and it hereby is, dismissed with prejudice.

DATED this 30TH day of March, 1999.

*[signature]*
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON DOCKET SHEET IN
COMPLIANCE WITH RULE 58 AND/OR 79(a) FRCP
ON 3-31-99 BY *[initials]*

AO 72A
(Rev.8/82)

F I L E   C O P Y

bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Post Office & Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

March 31, 1999

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:   5:98-cv-00244.

True and correct copies of the attached were mailed by the clerk to the following:

    Todd Lister Newton, Esq.
    Arkansas Attorney General's Office
    Catlett-Prien Tower Building
    323 Center Street
    Suite 200
    Little Rock, AR   72201-2610

    John L. Kearney, Esq.
    Kearney Law Offices
    100 Pine Street, Suite A
    Post Office Box 8276
    Pine Bluff, AR   71611-8276

    cc: press
        post
        Judge Forster/Cecelia

James W. McCormack, Clerk

Date: 3/31/99

BY: _____