# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

FILED
U.S. DISTRICT CO
EASTERN DISTRICT AR

MAY 11 200

JAMES W. McCORMAC
By: _____

No.   01-1382

James Cooper, Jr.,

    Appellant,

v.

Larry Norris, Director, Arkansas
Department of Correction,

    Appellee.

5:98 cv 00244

Appeal from the United States
District Court for the
Eastern District of Arkansas

## JUDGMENT

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed as untimely.

(5361-010199)

April 16, 2001

A true copy.

ATTEST: Michael E. Gans

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

MANDATE ISSUED

MAY 9  2001